JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-01047-JWH (ADSx) | Date | August 14, 2023 |
| Title | *Sung Hyun Cho et al v. Mun Yong Kim et al* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On July 10, 2023, the Court issued an order directing Plaintiff to show cause, in writing, on or before July 28, 2023, why this action should not be dismissed for lack of prosecution [ECF No. 8]. As of today's date, Plaintiff has not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**